JOSHUA SILVERSTEIN, Appellant, *v.* STANDARD ACCIDENT
INSURANCE COMPANY OF DETROIT, MICHIGAN,
Respondent.

*Silverstein* v. *Standard Acc. Ins. Co. of Detroit, Mich.*, 178 App.
Div. 891, appeal dismissed.

(Submitted June 6, 1917; decided July 11, 1917.)

APPEAL from a judgment entered April 30, 1917, upon
an order of the Appellate Division of the Supreme Court

in the first judicial department which dismissed an appeal from a judgment entered in favor of defendant upon a prior order of said Appellate Division reversing an order of Special Term denying a motion by defendant for judgment in its favor upon the pleadings and granting said motion in an action upon a policy of liability insurance.

*Jacob R. Schiff* for appellant.

*Frank Verner Johnson* for respondent.

Appeal dismissed, with costs, on the ground that no undertaking to perfect the appeal had been filed; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.